JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
*Attorneys for Plaintiff Tracy Boyd, Jr.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

| | |
|---|---|
| TRACY BOYD, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political subdivision of the State of Nevada; JACQUELINE GRAVATT, Chief of Police of City of North Las Vegas Police Department, in her official capacity,<br><br>Defendants. | Case No.: 2:25-cv-02315-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 26-3, Defendants City of North Las Vegas and Jacqueline Gravatt ("Defendants") and Plaintiff Tracy Boyd, Jr. ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend time for Plaintiff to Respond to Defendants' Motion for Summary Judgment (ECF No. 17) from the current deadline of October 26, 2026 through and including **January 28, 2027**. This is the first request for an extension of this specific deadline. The requested extension is sought in good faith and not for purposes of undue delay. The reasons for the extension are as follows:

1. In ECF No. 19 the Court has ordered the parties to participate in a settlement conference which has been scheduled with the Magistrate Judge for January 7, 2027.

2. In order to preserve resources of the parties that may be unnecessary if the parties are able to reach a resolution of the case at the scheduled settlement conference, the Plaintiff's Response and the Defendants' Reply should be deferred until after the settlement conference.

3. Additionally, the parties agree that, contemporaneously with its submission to the Magistrate Judge, Plaintiff's counsel will provide non-confidential portions of Plaintiff's Settlement Conference Statement with Plaintiff's view of the facts and the law to Defendants' counsel so that Defendants will have the Plaintiff's position prior to the settlement conference.

Accordingly, The parties agree that the Plaintiff's Response to the Motion for Summary Judgment should be extended to **January 28, 2027**, the Defendants' Reply will be extended to February 11, 2027, and the Joint Pre-Trial Order will be extended until 30 days after the court resolves the Motion for Summary Judgment, should the parties fail to resolve the case at the settlement conference.

Dated this 26th day of October, 2026.

KEMP & KEMP

/s/ James P. Kemp
James P. Kemp, NV Bar No. 6375
jp@kemp-attorneys.com
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorney for Plaintiff*

CITY ATTORNEY'S OFFICE

/s/ Madison Zornes-Vela
Madison Zornes-Vela, NV Bar No. 13626
zornesvelam@cityofnorthlasvegas.com
2250 Las Vegas Blvd. N., Suite 810
North Las Vegas, NV 89030

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: 10/27/2026.